ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Lewis Limited Consultants, LLC ) ASBCA No. 59496
)
Under Contract No. W9124B-10-P-0613 )

APPEARANCE FOR THE APPELLANT:    Howard M. Knee, Esq.
                                 Blank Rome LLP
                                 Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
                                   Army Chief Trial Attorney
                                 CPT Meghan E. Mahaney, JA
                                 Evan Williams, Esq.
                                   Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 13 January 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59496, Appeal of Lewis Limited Consultants, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals